United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3062WM

_____

United States of America,

Appellee,

v.

Paul Wright,

Appellant.

\* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the Western
District of Missouri.

[UNPUBLISHED]

_____

Submitted: February 24, 1998
Filed: March 3, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Paul Wright appeals his conviction and sentence for armed bank robbery and use of a firearm in relation to a crime of violence. We affirm.

Wright contends the district court improperly denied Wright's motion to withdraw his guilty plea. We disagree. At the change-of-plea hearing, the district court explained to Wright the consequences of pleading guilty and the possible penalties. The district court also questioned Wright in detail about the factual basis for his plea, his understanding of the proceedings against him, the performance of his attorneys, and his present health and state of mind. Having reviewed the record, we conclude

Wright's justifications for withdrawing his plea are refuted by the plea hearing record and the district court did not abuse its discretion in denying Wright's motion. See United States v. Yell, 18 F.3d 581, 582-83 (8th Cir. 1994).

Wright also contends the district court improperly denied Wright a reduction in his sentence for acceptance of responsibility. Contrary to Wright's view, we conclude the district court did not commit clear error in denying the reduction. See United States v. Newson, 46 F.3d 730, 734 (8th Cir. 1995).

We thus affirm Wright's conviction and sentence and deny his motion for appointment of new counsel as moot. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.